# LAW OFFICES OF STUART WERBIN

MEMO ENDORSED

The status conference for Tschoe v. Monarch Recovery Mgmt (20cv7331) and Goldring v. Monarch Recovery Mgmt (20cv7893) is adjourned to **January 7, 2021 at 10:45 a.m.**  The conference will take place by phone.

The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

December 9, 2020

<u>VIA ECF</u>
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    RE:    Lydia Tschoe v. Monarch Recovery

Dear Judge Gardephe:

    The undersigned is the attorney for the Plaintiff in the above-referenced action. The Initial Conference is currently scheduled for December 17, 2020. I have tested positive for COVID-19 and I will be unable to attend the in-person conference. As such, I respectfully request that the conference be adjourned or that it be converted into a telephone conference. Counsel for Defendant Ronald Metcho has consented to adjourn the conference.

    Respectfully,

    <u>/s/ Stuart Werbin</u>
    Stuart Werbin, Esq.

---

Tel (646) 942-7464        <u>werbinlaw@gmail.com</u>        Fax (347) 710-1015